# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

_____

No. 13-41011

_____

United States Court of Appeals
Fifth Circuit

**FILED**

October 23, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

       Plaintiff - Appellee

v.

EDWIN ZACARIAS-LOPEZ,

       Defendant - Appellant

_____

Appeal from the United States District Court for the
Southern District of Texas
USDC No. 1:13-CR-188-1

_____

Before KING, DENNIS and CLEMENT, Circuit Judges.

PER CURIAM:*

       IT IS ORDERED that appellee's unopposed motion to vacate the appellant's sentence, to summarily remand the case to the United States District Court for the Southern District of Texas, Brownsville for resentencing, and to cancel the pending oral argument is GRANTED. SENTENCE VACATED; CASE REMANDED.

---

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.